IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                                                   **PLAINTIFF**

v.                                    Case No. 3:15-cv-00289 KGB

**JOEY MARTIN, Jail Administrator,**
**Poinsett County Detention Center,** *et al*.                                                          **DEFENDANT**

## ORDER

On September 15, 2015, United States Magistrate Judge Joe Volpe concluded that plaintiff Nicholas Cortez Addison was a "three-striker" within the meaning of 28 U.S.C. § 1915(g) (Dkt. No. 3). In his Order, Judge Volpe directed Mr. Addison to submit the full filing fee within 14 days from entry of the Order and warned that Mr. Addison's failure to do so would result in this action being dismissed without prejudice. More than 14 days have passed since Judge Volpe's Order was entered, and Mr. Addison has not submitted the fee. Judge Volpe filed Proposed Findings and Recommendations recommending that this Court dismiss without prejudice Mr. Addison's action in accordance with the prior Order (Dkt. No. 12). No objections to those Proposed Findings and Recommendations have been filed.

It is therefore ordered that Mr. Addison's complaint is dismissed without prejudice (Dkt. No. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying judgment would not be taken in good faith. The Clerk of Court is directed to mail this Order, the accompanying judgment, and Judge Volpe's prior Order (Dkt. No. 3) to Mr. Addison at the address he provided most recently (Dkt. No. 6).

Dated this 15th day of July, 2016.

Kristine G. Baker
United States District Judge