IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**NICHOLAS CORTEZ ADDISON**                                                                 **PLAINTIFF**

v.                                    **Case No. 3:15-cv-00289 KGB**

**JOEY MARTIN, Jail Administrator,**
**Poinsett County Detention Center**, *et al*.                                   **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

Dated this 15th day of July, 2016.

_____
Kristine G. Baker
United States District Judge